**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **JAMES ANTHONY SPANOS** | § | |
| | § | |
| **PLAINTIFF** | § | **Case No. 3:26-CV-00216** |
| | § | |
| **V.** | § | |
| | § | |
| **CITY OF CLEAR LAKE SHORES AND** | § | |
| **OFFICER JACOB RODRIGUEZ** | § | |
| **DEFENDANTS** | § | |

# FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JAMES ANTHONY SPANOS and files this his First Amended Original Complaint and respectfully shows:

## I. Parties

1. Complainant is James Anthony Spanos who is a resident of Galveston County, Texas and made be served process by and through his attorney of record, Keith Goss.

2. Defendant City of Clear Lake Shores is a municipal corporation that may be served process on the City Secretary, Christy Stroup at 1006 S. Shore Drive, Clear Lake Shores, Texas 77565.

3. Defendant, Officer Jacob Rodriguez is an employee and agent of the City of Clear Lake Shores and may be served process at 1006 S. Shore Drive, Clear Lake Shores, Texas 77565.

## II. Venue and Jurisdiction

4. Venue and Jurisdiction is proper in the United States District Court for the Southern District of Texas, Galveston Division because the Defendants are located in Galveston County, Texas. This Court jurisdiction is pursuant to 42 U.S.C. § 1983.

## III. Facts

5. James Spanos is a resident of League City, Texas and was born July 20, 1945.

6. On the night of January 10, 2026, 80 year old Spanos was on a first date with Sharon Ottinger. Ms. Ottinger was 70 years old. The two stopped at Coco's on the Canal before driving on FM 2094 through the city of Clear Lake Shores.

7. Officer, Jacob Rodriguez was employed by the city of Clear Lake Shores and was working on the night of January 10, 2026. All acts and omissions by Officer Rodriquez were in the course and scope of his employment.

8. Around 10:00 p.m. on January 10, 2026 Officer Rodriquez was in his official police vehicle stationary in the mediation near the 700 block of FM 2094, Clear Lake Shores, Galveston County, Texas. While in the median, Officer Rodriguz was conducting stationary radar against oncoming traffic. While operating his radar, Rodriguez observed a black Tesla sedan traveling at approximately 60 mph in a 40 mph zone.

9. Officer Rodriguez's vehicle was equipped with a dash camera that recorded

the passing vehicle. The camera video recording was time stamped in military hours.

10. According to the time stamp on Officer Rodriquez's dash camera, at 22:16.54 on January 10, 2026 a black vehicle was visualized speeding on FM 2094 through the city of Clear Lake Shores, heading west towards League City, Texas.

11. The speeding vehicle passed Officer Rodriguez's vehicle and Officer Rodriquez activated his emergency lights and pursued. Within seconds, the speeding vehicle slowed and abruptly made a U-turn in front of the Valero gas station located near 905 FM 2094, Clear Lake Shores and began heading eastbound towards Highway 146. At the time the vehicle made the U-turn, Officer Rodriguez's vehicle was within 40 feet of the vehicle. At this distance details of the suspect's vehicle description could be seen by Officer Rodriguez and was recorded on camera.

12. Officer's Rodriguez' dash camera captured and video images of the suspect vehicle (1) when it initially passed Officer's Rodriguez's vehicle, and then (2) when the vehicle slowed to made a U-turn.

13. Officer's Rodriquez's camera showed the suspect vehicle's color, body style, head light configuration and missing front license plate. Video showed the suspect vehicle all black, including black tires and rims. The vehicle did not have medal trim around the window and doors.

14. At 22:16.54 on January 10, 2026 Officer Rodriquez engaged in "hot pursuit" of the suspect vehicle. Meanwhile Officer Vargas of the Clear Lake Shore Police

Department was stationary in or near the Target parking lot in Clear Lake Shores.

15. Officer's Vargas' dash camera captured the suspect vehicle on his dash camera at 22:17; 26. Officer Vargas then engaged in pursuit of the vehicle. He existed the Target parking lot turning east heading toward Highway 146.

16. Officer Rodriguez reported that the suspect vehicle turned south on Texas Highway 146 and then another right turn on FM 518. **Exhibit No. 1.** Thereafter, the suspect vehicle sped away and evaded police.

17. At the time, police lost sight of the suspect vehicle, police knew (1) the suspect vehicle was a black Tesla sedan, and (2) it travel down FM 2024 towards Highway 146, and then turned right on FM 518 at a high rate of speed. The time of the pursuit was limited to 22:16. 54 through 22:17. 54 (one minute)

**Investigation Facts:**

18. On Sunday January 11, 2026 at 12: 39 p.m. Sgt. Shimansky with the Clear Lake Shores Police Department contacted Sgt. Bonner with the Kemah Police Department. Sgt. Shimansky stated, in a text message, a police pursuit occurred at 22:17 hrs. on January 10, 2026 and the suspect was driving a black Tesla. Shimansky specifically stated:

> "Hey, Sgt. One of my officers was in a pursuit last night starting at 2217 hours on a black Tesla sedan in the 900 block of FM 2094. Continues east on 2094 and South bound on 146. Goes west bound on

518 and loses visual at fiver corners in LC Can you check the flock cameras and let me know if your are able to get a plate please." **Exhibit No. 3**

Sgt Bonner replied " Yessir, will do." **Exhibit No. 3.**

On reasonable belief Sgt Bonner responded the following day stating: "I'm thinking LP (blank) **Exhibit No 4**

Sgt Shimansky responded in the same text: "You're awesome. Thanks again." **Exhibit No. 4. And 5.**

Sgt. Bonner replied: "No problem at all, happy to help." **Exhibit No. 4.**

19. The flock camera photographs produced by Sgt. Bonner included two separate vehicles meeting the general description. The flock camera pictures sent by Sgt. Bonner covered a two hour time range beginning 10:00 p.m. on January 10, 2026 and 12:00 a.m. on January 11, 2026. **Exhibit 6**

**20.** A supplemental report dated January 11, 2026 indicated that Sgt. Bonner produced photographs of two black Teslas "that were in the vicinity." **Exhibit No. 5.**

21. The following day, Officer Rodriguez went to James Spano's residence and conducted an interview. Mr. Spanos cooperated and answered at questions posed by Officer Rodriguez. **Exhibit No. 1**

22. Spanos (80 years old) admitted he owned a black tesla with license plate XJT 0760 and that he operated a vehicle on FM 2094 on January 10, 2026. Mr. Spanos also disclosed that he was on a date with Sharon Ottinger who was present and answered questions from Officer Rodriquez.

23. Mr. Spanos stated to Officer Rodriguez he traveled on FM 2094 around 10:50 p.m. on January 10, 2026.

24. Mr. Spanos' vehicle was also at the residence at the time Officer Rodriquez questioned Mr. Spanos. Officer Rodriguez did not request to examine the vehicle.

25. Prior to interviewing Mr. Spanos, Officer Rodriquez had access to Mr. Spanos' vehicle registration, criminal history, driving record, his dash camera footage, and multiple flock camera photos. Mr. Spanos, an 80 year old man, had no history of evading or other moving violations.

26. Prior to interviewing Mr. Spanos, Officer Rodriguez knew or should have known, from the dash camera footage, the suspect's vehicle was completely black, with no metallic trim, including black tire rims, no front license plate, and the headlight / fog light configuration. Had Officer Rodriquez examined Mr. Spanos' vehicle, he would have observed silver metallic rims, silver metallic trim outlining

the windows and door frame, a front license plate, and a headlight / fog light configuration that did not match the suspect's vehicle.

**Affidavit for Arrest Warrant:**

27. On January 13, 2026, Officer Rodriguez executed an affidavit for an arrest warrant for James Spanos. The affidavit reads:

> *"Before me the undersigned authority, on this day personally appeared Affiant J. Rodriguez #590 who after being by me duly sworn, on oath deposes says: That heretofore, to wit, on or about 1/11/2026 and before making and filing of this complaint, in the county of Galveston and State of Texas, Spanos, James Anthong, did then and there unlawfully commit the offense of Evading Arrest Detention w/ veh or watercraft.*
>
> *Your Affiant is J. Rodriguez #590 The affiant being a sworn and commissioned Peace Officer of the Clear Lake Shores Police Department bases his belief on the following facts:*
>
> *While assigned to patrol on 1/10/2026 at approximately 2218 hours, I was conducting stationary radar facing east in the 700 block of FM 2094, Clear Lake Shore, Galveston County, Txm 77565. I observed a black Tesla sedan traveling westbound in the inside lane at approximately 59-60 mile per hour in a posted 40 miles per hour zone. Due to the observed speeding violation, I*

*activated my emergency lights prior to the Tesla passing me in order to initiate a traffic stop.*

*The Tesla made a U-Turn in front of the Valero gas station located at 905 FM 2094 Clear Lake Shores, Galveston County, Tx, and began traveling eastbound toward SH 146. As the vehicle made the turn, I heard the tires spin. I made a U-turn to get behind the Tesla and observed it acerated at a high rate of speed. I advised dispatch of the pursuit and activated my siren. Officer Vargas #585 with the Clear Lake Shores Police Department joined the pursuit in the 200 block of FM 2094 and became the lead vehicle. I observed the Tesla make a right turn southbound onto SH 146 and then another right turn westbound on FM 518. I reached speeds of approximately 100 mile per hours and was still unable to close the distance with the Tesla. While in the 2300 block of FM 518, I lost visual contact with the vehicle. Due to multiple intersecting roadways and not knowing which direction the Tesla traveled, I called off the pursuit.*

*Sgt. Shimansky #584 with the Clear Lake Shores Police Department contacted Sgt. Bonner with the Kemah Police Department to utilize Flock Cameras to obtain a vehicle description. After further investigation, Sgt Bonner located TXLP (blank) on camera #06 at Marina Bay Dr. EB@ Hanson Rd which showed the suspect vehicle traveling through the area during the pursuit. A*

*registration check revealed the vehicle was registered to James Spanos, W/M DOB: (Blank) On January 11, 2026 at approximately 1800 hours, I went to Spano's residence at 303 Suzanne, St. League City, Texas 77573 to conduct an interview. Spanos advised that he is the only person who drives the vehicle and stated that he was driving it at the time of the incident. A female identified as Sharon Ottinger, W/F DOB (Blank) was present at the residence and claimed to have been with Spanos that night. Spanos denied being involved in the pursuit, but stated he was at Coco's on the Canal, located at 624 FM 2094 at approximately 22:50 hours Spanos asked why I was pursuing the vehicle, and Ottinger asker whether my emergency lights were activated which I advised they were. Spanos stated, I'd check your equipment, and it doesn't work."*

*Based on Spanos stating he is the sole driver of the Tesla, admitting her was driving it around the time of the pursuit, and placing himself in the City of Clear Lake Shores, I believe Spanos was operating the vehicle during the pursuit and intentionally and knowingly fled from a fully marked patrol vehicle with emergency lights activated. I spoke with ADA Kirst and advised her of the incident and my interview. ADA Kirst accepted the charge of Evading Arrest or Detention with a Vehicle and recommended a bond of $5000.00"* **See Exhibit No. 6.**

**False Misleading Statements in Rodriguez Affidavit:**

28. Based on the representations of Officer Rodriguez, a warrant was issued for James Spanos' arrest. **See Exhibit No. 6.** The Affidavit for Arrest Warrant concealed vital facts and made numerous misrepresentations.

a. Rodriguez' affidavit concealed the fact Kemah Police Department produced photographs of two different, black Tesla vehicles captured by Kemah flock cameras:

b. Rodriguez' affidavit stated only one black Tesla was photographed by Kemah flock cameras. This was a false statement where Sgt. Bonner indicated flock cameras captured two black Teslas.

c. Rodriguez's affidavit provided no explanation why he excluded the second black Tesla from being proper suspect;

d. Rodriguez's affidavit concealed that Kemah Police produced flock camera photos that covered a time period between 10:00 p.m. on January 10, 2026 and 12:00 a.m. on January 11, 2026;

e. Rodruguez's affidavit failed to identify a specific time the flock camera picture was taken in connection with his pursuit. Without specific knowledge of the specific time the flock camera picture was taken, Rodriguez's statement: flock camera picture capture suspect's vehicle during the pursuit was false and misleading.

f. Rodriguez's affidavit concealed that fact that Sgt. Shamansky indicated "he thinks that LP (Blank ) might be the right suspect.

g. Rodriquez's affidavit statement (*After further investigation, Sgt Bonner located TXLP (blank) on camera #06 at Marina Bay Dr. EB@ Hanson Rd which showed the suspect vehicle traveling through the area during the pursuit)* was a false, misleading statement because it concealed (1) that the photographs produced covered a time period of two hours; (2) Kemah Police identified a second possible suspect vehicle; and (3) report stated the vehicle was in the general vicinity.

h. Rodriquez's affidavit failed to disclose the degree of diligence in which Kemah Police Officer, Bonner conducted his Flock Camera search of the suspect's vehicle.

i. Based on the limited information provided by Sgt. Bonner, Officer Rodroguez' could not ascertain how many black Teslas drove within the pursuit area and whether Sgt. Bonner identified each possible suspect vehicle.

29. Prior to drafting his Affidavit for Arrest Warrant, Officer Rodriquez knew the flock camera pictures were not limited to the time of the event, but over a two hour time range between 10:00 p.m. on January 10, 2026 and 12:00 a.m. on January 11,

2026.

30. Rodriguez knew the Kemah Police flock camera photographed a least two separate black Tesla vehicles in the "hot pursuit area" over a time range of two hours between 10:00 p.m. on January 10, 2026 and 12:00 a.m. on January 11, 2026.

31. The Flock camera pictures sent to Clear Lake Shores from the Kemah Police Department did not include a statement from any person indicating that he / she personally reviewed the Flock camera footage starting at 10:00 p.m. January 10, 2026 and continuing through 12:00 a.m. January 11, 2026.

32. The information sent to Clear Lake Shores from the Kemah Police Department did not include a statement from any person indicating that affirmed that the Flock camera pictures produced by Kemah Police Department were taken at the location of Highway 146, FM 518, or FM 2024, or at any other location. Officer Rodriguez had to assume the Flock camera pictures were taken at the location he requested.

33. Clear Lake Shores, through its staff submitted (1) video footage from Officer Rodriguez' two dash cameras to the Galveston County Criminal District Attorneys Office and (2) Officer Vargas' dash camera video to the Galveston County Criminal District Attorney's Office; (3) a log from the Kemah Police Department showing a print out of times the flock camara captured pictures; and (4) his offer's report.

34. Officer Rodriguez knowing and intentionally concealed information from his

Affidavit for Arrest Warrant.

35. Subsequently, Spanos was arrested, jailed and charged with Evading arrest. Exhibits 8 and 9.

36. Subsequently, all criminal charges were dismissed. **Exhibit 10.**

**No Probable Cause it Issue Arrest Warrant:**

37. Officer Rodriguez witnessed a black Tesla sedan speeding on FM 2094 in Clear Lake Shores, Galveston County, Texas.

38. Rodriquez did not identify the vehicle by its license plate at the time of pursuit. Nor did he know who was operating the suspect vehicle.

39. The police investigation did not reveal facts sufficient to establish probable cause. Officer Rodriguez had no knowledge of the decree and certainty in which Officer Bonner conducted his flock camera search because Bonner provided no verbal or written statement identifying the manner and procedures in which he conducted the search.

40. Officer Rodriguez knowingly and intentionally misrepresented and concealed material facts in his Affidavit for Arrest Warrant to the magistrate judge. The misrepresentation of facts were presented to the magistrate judge and the Galveston County District Attorney's Office.

41. The magistrate judge relied on the facts presented in Officer's Rodriguez'

Affidavit for Arrest and issued a warrant for James Spanos arrest.

42. Had Officer Rodriguez stated all material facts, in his affidavit, in which he had knowledge, **no warrant** for Ms. Spanos' arrest would have issued. Mr. Spanos' would not have been arrested, jailed and prosecuted, but for Officer's Rodriguez's false statements and his concealment of evidence.

43. Under a totality of circumstances, there was no probable cause to arrest James Spanos.

44. Officer Rodriguez' unlawfully cause the unreasonable seizure, arrest and detention of James Spanos where he made affirmative, but false and misleading representation of facts to a magistrate judge.

45. Thereafter, Mr. Spanos was arrested, jailed in the Galveston County jail and remained in jail for approximately 12 hours. Mr. Spanos was required to post a bond, retain counsel, and was criminally prosecuted based upon the acts and omissions of Officer Rodriguez.

46. Mr. Spanos was innocent of all charges and his criminal case dismissed.

47. Mr. Spanos suffered mental anguish, humiliation, and embarrassment. Mr. Spanos' mug shot was posted on social media to be seen by family, friends, and acquaintances. The mug shot was in fact seen and brought to Mr. Spanos' attention by an acquaintance. Spanos lost sleep, had multiple outrages concerning the officer's conduct, and loss of appetite.

## IV. Causes of Action

48. Officer Rodriguez and Clear Lake Shores knowingly, intentionally, or recklessly caused the detention, seizure, arrest, imprisonment and criminal prosecution of James Anthony Spanos without probable cause, or a good faith belief that Mr. Spanos committed an offense in violation of Title 42 U.S.C. § 1983.

49. Officer Rodriguez and Clear Lake Shores knowingly, intentionally, or recklessly conspired with the Galveston County Sheriff's Department and caused the assault of Mr. Spanos by handcuffing him and forcing him into a police vehicle in violation of state law and 42 U.S.C. § 1983.

50. Clear Lake Shores is liable for the acts of its employees acting in the scope of their duties.

51. Officer Rodriguez and Clear Lake Shores knowingly, intentionally, or recklessly causing the false imprisonment and malicious prosecution of Mr. Spanos under state law.

## V Damages

52. Officer Rodriguez and Clear Lake Shores are liable to Mr. Spanos for the following damages:

a. Economic damages for cost of bail and his criminal defense and cost of expunction.
b. Mental anguish, humiliation, embarrassment;
c. Attorney fees under 42 U.S.C. § 1983;

d. Punitive damages;

e. Court Costs;

f. Pre-and Post Judgment Interest.

## VI Conditions Precedent

53. All conditions necessary to bring this lawsuit have either been performed or have occurred.

## VII Jury Trial

54. James Spanos hereby demands a trial by jury.

## Prayer

Complainant, James Spanos prays that upon a final hearing this Court award him a Judgment joint and severally against each defendant for the sum of $450,000.00 plus attorney fees and other relief, whether general or special, legal or equitable.

Respectfully submitted,

The Law Office of Keith A. Gross
250 Park Avenue
League City, Texas 77573
Tel: 832-932-5970
Fax: 832-932-5688

By:/s/ Keith A. Gross
KEITH A. GROSS
State Bar No. 24027357
FBN: 325523
Email: attnykgross@aol.com

# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Field | Value |
|---|---|
| Agency Name | *Clear Lake Shores Police Department* |
| ORI | *TX 0840100* |
| Case# | *26-0001* |
| Date / Time Reported | *01/10/2026 22:18 Sat* |
| Last Known Secure | *01/10/2026 22:17 Sat* |
| At Found | *01/10/2026 22:18 Sat* |
| Location of Incident | *700 FM 2094, Clear Lake Shores TX 77565* |
| Gang Relat | |
| Premise Type | *Highway/road/alley/st* |
| Agency/Beat | |

| # | Crime Incident | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|
| #1 | Crime Incident(s) (Com) *All Other Reportable Offenses ALL OTHER* | | | | | |
| #2 | Crime Incident ( ) | | | | | |
| #3 | Crime Incident ( ) | | | | | |

MO: *Automobile Color/Black/Dark, Method of Escape/AUTOMOBILE*

**VICTIM**

# of Victims *1* Type: SOCIETY / PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of Texas* | *1,* | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: INDIVIDUAL Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *IO* | *OTTINGER, SHARON* | | [redacted] Age *70* | *W* | *F* | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | *82* | *8* | *$0.00* | | *1* | *2017 BLK ,* [redacted] *TX* | *TESL* | [redacted] |

Officer/ID# *(8452)*

Invest ID# *(0)* Supervisor *SHIMANSKY, N. A. (PATL, PATL)*

Status: Complainant Signature | Case Status *Cleared By Warrant* | *01/11/20*[...] | *01/11/2026* | Page 1

*R_CS1IBR* , CLSPD05 # Nathan.Shimansky 02/15/2026 06:17

Draft Only

CITY 0005

EXHIBIT 1

PENGAD 800-631-6989

# REPORTING OFFICER NARRATIVE

| Clear Lake Shores Police Department | | OCA 26-0001 |
|---|---|---|
| Victim | Offense ALL OTHER REPORTABLE OFFENSES | Date / Time Reported Sat 01/10/2026 22:18 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Scene summary:
The 700 Blk of FM 2094, Clear Lake Shores, Galveston County, TX, 77565 is a public roadway that travels east and west.

Evidence:
Officer Rodriguez and Officer Vargas BWC, in car camera.

Details and investigative findings:
While assigned to patrol on 01/10/2026 at approximately 2218 hours, I was conducting stationary radar facing east in the 700 block of FM 2094, Clear Lake Shores, Galveston County, TX 77565. I observed a black Tesla sedan traveling westbound in the inside lane at approximately 59-60 miles per hour in a posted 40 miles per hour zone. Due to the observed speeding violation, I activated my emergency lights prior to the Tesla passing me in order to initiate a traffic stop.

The Tesla made a U-turn in front of the Valero gas station located at 905 FM 2094, Clear Lake Shores, Galveston County, TX, and began traveling eastbound toward SH 146. As the vehicle made the turn, I heard the tires spin. I made a U-turn to get behind the Tesla and observed it accelerate at a high rate of speed. I advised dispatch of the pursuit and activated my siren. Officer Vargas #585 with the Clear Lake Shores Police Department joined the pursuit in the 200 block of FM 2094 and became the lead vehicle. I observed the Tesla make a right turn southbound onto SH 146 and then another right turn westbound onto FM 518. While traveling westbound on FM 518, I reached speeds of approximately 100 miles per hour and was still unable to close the distance with the Tesla. While in the 2300 block of FM 518, I lost visual contact with the vehicle. Due to multiple intersecting roadways and not knowing which direction the Tesla traveled, I called off the pursuit.

Sgt. Shimansky #584 with the Clear Lake Shores Police Department contacted Sgt. Bonner with the Kemah Police Department to utilize Flock cameras to obtain a vehicle description. After further investigation, Sgt. Bonner located TXLP [redacted] on camera #06 at Marina Bay Dr EB @ Hanson Rd, which showed the suspect vehicle traveling through the area during the pursuit. A registration check revealed the vehicle was registered to James Spanos, W/M, DOB: [redacted]. On 01/11/2026 at approximately 1800 hours, I went to Spanos`s residence at 303 Suzanne St, League City, TX 77573, to conduct an interview. Spanos advised that he is the only person who drives the vehicle and stated that he was driving it at the time of the incident. A female identified as Sharon Ottinger, W/F, DOB: [redacted], was present at the residence and claimed to have been with Spanos that night. Spanos denied being involved in a pursuit but stated he was at Coco`s On The Canal, located at 624 FM 2094, at approximately 2250 hours. Spanos asked why I was pursuing the vehicle, and Ottinger asked whether my emergency lights were activated, which I advised they were. Spanos stated, "I`d check your equipment," and "it doesn`t work."

Based on Spanos stating he is the sole driver of the Tesla, admitting he was driving it around the time of the pursuit, and placing himself in the City of Clear Lake Shores, I believe Spanos was operating the vehicle during the pursuit and intentionally and knowingly fled from a fully marked patrol vehicle with emergency lights activated. I spoke with ADA Kirst and advised her of the incident and my interview. ADA Kirst accepted the charge of Evading Arrest or Detention with a Vehicle and recommended a bond of $5,000.

Vehicle Disposition:
Located at 303 Suzanne St, League City, TX, 77573.

Disposition:
Warrant request filed.

# CASE SUPPLEMENTAL REPORT

Printed: 07/30/2026 22:42

OCA: *260001*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *SHIMANSKY, N. A. (392382)* Date / Time: *07/30/2026 22:39:21, Thursday*

Supervisor: *SHIMANSKY, N. A. (392382)* Supervisor Review Date / Time: *07/30/2026 22:07:50, Thursday*

Contact: Reference: *Supplemental Information*

SCENE SUMMARY:

The incident occurred at 1006 South Shore Dr. in Clear Lake Shores, Galveston County, Texas 77565. This building consists of City Hall, municipal court, and the police department. Weather conditions were clear, and visibility was good due to daytime hours.

EVIDENCE:

1.1) Document of text message exchange between myself and Kemah PD Sgt. Bonner.

DETAILS OF THE OFFENSE AND INVESTIGATIVE FINDINGS:

On January 11, 2026, at approximately 1239 hours, I, Sgt. N. Shimansky contacted Kemah Police Department Sgt. M. Bonner regarding my request to access the Flock Safety camera system for a vehicle pursuit that occurred on January 10, 2026. I advised Sgt. Bonner of a vehicle pursuit that occurred at 2217 hours on January 10, 2026, in the 900 block of FM 2094 in Clear Lake Shores, Galveston County, Texas 77565. I advised Sgt. Bonner that the suspect was driving a black Tesla sedan east bound in the 900 block of FM 2094 and turns south bound on SH 146. I advised Sgt. Bonner the suspect turns west bound on FM 518 when Clear Lake Shores officers lose sight of the vehicle at five corners in League City. I asked Sgt. Bonner to check the Flock cameras and to let me know if he is able to obtain a license plate on this suspect. Sgt. Bonner replied, Yes sir, will do.

On January 10, 2026, Sgt. Bonner texted my cell phone at 1318 hours sending a picture of the Flock Safety website search results of two black Tesla sedans TXLP[redacted] and TXLP:[redacted] that were in the vicinity at the time given. Sgt. Bonner advised he thinks that TXLP[redacted] might be it. I forwarded this information to Ofc. Rodriguez for his investigation.

VEHICLE DISPOSITION:

None

DISPOSITION:

Cleared: Supplement report

Investigator Signature:

EXHIBIT

2

PENGAD 800-631-6989





5

10:30

S

Sgt Bonner

Yep I'm over t

Sun, Jan 11 at 12:39 PM

Hey **Sgt** , one of my officers was in a pursuit last night starting at 2217 hours on a black Tesla sedan in the 900 block of FM 2094. Continues east on 2094 and South bound on 146. Goes west bound on 518 and loses visual at five corners in LC. Can you check the flock cameras and let me know if you are able to get a plate please?

Yessir will do.

Thank you



EXHIBIT
3
PENGAD 800-631-6989






EXHIBIT
4
PENGAD 800-631-6989

I'm thinking that LP [redacted] might be it.

You're awesome. Thanks again.

Read 1/11/26

No problem at all, happy to help.

+



EXHIBIT
5
PENGAD 800-631-6989






EXHIBIT
6
PENGAD 800-631-6989

# Affidavit for Arrest Warrant & Complaint

FILED
2026 JAN 12 PM 12:54
JUSTICE OF THE PEACE PCT 1
GALVESTON COUNTY, TX

The State of Texas
Vs.
Spanos, James Anthony
W/M 07/20/1945
LNA: 303 Suzanne St, League City, TX, 77573
Agency Case # 26-0001
Evading Arrest Detention W/Veh or Watercraft PC Sec. 38.04 (b)(1)(B). CJIS CODE: 48010016
Bond: $5,000.00
26-JP1-0036

Honorable Gregory Rikard
Justice of the Peace
Precinct No. 1
Galveston County, TX

In the name and by the authority of the State of Texas

Before me, the undersigned authority, on this day personally appeared Affiant, J. Rodriguez #590, who, after being by me duly sworn, on oath deposes says: That heretofore, to wit, on or about 01/11/2026 and before the making and filing of this complaint, in the County of Galveston and State of Texas, Spanos, James Anthony, did then and there unlawfully commit the offense of: Evading Arrest Detention W/Veh or Watercraft.

Your Affiant is J. Rodriguez #590. The affiant being a sworn and commissioned Peace Officer of the Clear Lake Shores Police Department bases his belief on the following facts:

While assigned to patrol on 01/10/2026 at approximately 2218 hours, I was conducting stationary radar facing east in the 700 block of FM 2094, Clear Lake Shores, Galveston County, TX 77565. I observed a black Tesla sedan traveling westbound in the inside lane at approximately 59–60 miles per hour in a posted 40 miles per hour zone. Due to the observed speeding violation, I activated my emergency lights prior to the Tesla passing me in order to initiate a traffic stop.

The Tesla made a U-turn in front of the Valero gas station located at 905 FM 2094, Clear Lake Shores, Galveston County, TX, and began traveling eastbound toward SH 146. As the vehicle made the turn, I heard the tires spin. I made a U-turn to get behind the Tesla and observed it accelerate at a high rate of speed. I advised dispatch of the pursuit and activated my siren. Officer Vargas #585 with the Clear Lake Shores Police Department joined the pursuit in the 200 block of FM 2094 and became the lead vehicle. I observed the Tesla make a right turn southbound onto SH 146 and then another right turn westbound onto FM 518. While traveling westbound on FM 518, I reached speeds of approximately 100 miles per hour and was still unable to close the distance with the Tesla. While in the 2300 block of FM 518, I lost visual contact with the vehicle. Due to multiple intersecting roadways and not knowing which direction the Tesla traveled, I called off the pursuit.

Sgt. Shimansky #584 with the Clear Lake Shores Police Department contacted Sgt. Bonner with the Kemah Police Department to utilize Flock cameras to obtain a vehicle description. After further investigation, Sgt. Bonner located TXLP [redacted] on camera #06 at Marina Bay Dr EB @ Hanson Rd, which showed the suspect vehicle traveling through the area during the pursuit. A registration check revealed the vehicle was registered to James Spanos, W/M, DOB [redacted] On 01/11/2026 at approximately 1800 hours, I went to Spanos's residence at 303 Suzanne St, League City, TX 77573, to conduct an interview. Spanos advised that he is the only person who drives the vehicle and stated that he was driving it at the time of the incident. A female identified as Sharon Ottinger, W/F, DOB: [redacted] was present at the residence and claimed to have been with Spanos that night. Spanos denied being involved in a pursuit but stated he was at Coco's On The Canal, located at 624 FM 2094, at approximately 2250 hours. Spanos asked why I was pursuing the vehicle, and Ottinger asked whether my emergency lights were activated, which I advised they were. Spanos stated, "I'd check your equipment," and "it doesn't work."

Based on Spanos stating he is the sole driver of the Tesla, admitting he was driving it around the time of the pursuit, and placing himself in the City of Clear Lake Shores, I believe Spanos was operating the vehicle during the pursuit and intentionally and knowingly fled from a fully marked patrol vehicle with emergency lights activated. I spoke with ADA Kirst and advised her of the incident and my interview. ADA Kirst accepted the charge of Evading Arrest or Detention with a Vehicle and recommended a bond of $5,000.

CITY 0018

EXHIBIT
PENGAD 800-631-6989
7

590

Affiant's Signature

13th

Subscribed and sworn to before me, a peace officer of the State of Texas, and pursuant to 602.002 Texas Government Code, on January 13th, 2025

584

Peace Officer's Signature

Justice of the Peace, Precinct No. 1
Galveston County, Texas

**** WARRANT * FELONY**

THE STATE OF TEXAS
VS.
JAMES ANTHONY SPANOS
303 SUZANNE ST
LEAGUE CITY TX 77573
Agency Case #: CLSPD 26-0001

WARRANT OF ARREST

Case No.: 26-JP1-0036

Bond: 5,000.00
Date of Offense: 01/10/2026

Driver's License No. [redacted] TX / ID#: TX [redacted]
Date of Birth: [redacted] Physical I.D.: White/Male
Height: 5 Ft. 11 In. Weight: 175 Lbs. SS#: [redacted]

THE STATE OF TEXAS

TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS, GREETING:

YOU ARE HEREBY COMMANDED to arrest **James Anthony Spanos** if to be found in your COUNTY, and bring them before me, a Justice of the Peace in and for Precinct 1 of GALVESTON County, Texas, INSTANTER, then and there to answer the STATE OF TEXAS for an offense against the laws of said STATE, to wit: **EVADING ARREST DETENTION W/VEH OR WATERCRAFT STATE JAIL FELONY** of which offense **James Anthony Spanos** is accused by the written complaint, under oath, **RODRIGUEZ** filed before me.

Herein Fail not, but of this warrant make due return, showing how you have executed the same. Witness my official signature, this the 15 day of January, 20 26.

Justice of the Peace, Precinct 1
Galveston County, Texas

OFFICER'S RETURN

Came to hand ______ day of ____________________ A.D., 20____ at ________ o'clock ____M., and executed on the ______ day of ____________________ A.D., 20____ at ________ o'clock ____ M., by arresting the within named.

I actually and necessarily traveled ________ miles in the service of this Warrant, in addition to any other mileage I may have traveled in the service of other process in the cause during the same trip.

FEES: Making Arrest..... $____________
Mileage ______ miles..... $____________
Taking Bond..... $____________
Commitment..... $____________
Release..... $____________

Total..... $____________

*Sheriff *Constable

____________________
County, Texas

By:____________________
Deputy

EXHIBIT
8
PENGAD 800-631-6989

(1)

FILED
2026 APR 14 AM 11:25
DISTRICT CLERK
GALVESTON COUNTY TEXAS

**THE STATE OF TEXAS**
**VS**
**JAMES ANTHONY SPANOS**

| | | | |
|---|---|---|---|
| DA Control Number: | 2026-DA-000443 | SO Number: | 262994 |
| Cause No: | 26-CR-0462 | Court: | 10th District Court |
| Offense Code: | 48010020 - EVADING ARREST DET W/VEH | | |
| CJIS TRN #: | 9218079921 A001 | Offense Report No: | 26-0001 |
| Agency: | Clear Lake Shores Police Department | Status: | BONDED |
| Co-Defendant: | | Co-Defendant Control Number: | |
| Staff Initials: JH | | Bond Amount: | ~~$12,000~~ 5,000.00 |
| | | Grand Jury | January Term, 2026<br>122ND District Court |

Witness Name:

JUDGE
Acting

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

THE GRAND JURORS for the County of Galveston, State aforesaid, duly organized as such at the January Term, A.D., 2026 upon their oaths in said Court present that JAMES ANTHONY SPANOS, on or about the 10th day of January, 2026 and anterior to the presentment of this indictment in the County of Galveston and State of Texas, did then and there, while using a vehicle, intentionally flee from J. Rodriguez, a person the defendant knew was a peace officer who was attempting lawfully to arrest or detain the defendant.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreperson of the Grand Jury

26-CR-0462
DCINDICT
Indictment - OCA
3165841

EXHIBIT
9
PENGAD 800-631-6989

1

FILED
2026 JUN 12 AM 10:27
GALVESTON COUNTY, TEXAS DISTRICT CLERK

**CAUSE NO. 26-CR-0462**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN 10TH DISTRICT COURT OF |
| VS. | § | GALVESTON COUNTY, TEXAS |
| JAMES ANTHONY SPANOS | § | |
| EVADING ARREST DET W/VEH | § | |
| **CHARGE** | | |

## STATE'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action without prejudice for the following reason: **Cannot prove beyond a reasonable doubt.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed without prejudice.

Respectfully Submitted,

/s/ Erika Mercado EM

Assistant Criminal District Attorney

Galveston County, Texas

## ORDER

The foregoing State's Motion to Dismiss having been presented to me on this the 12th day of June, 2026 A.D., and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed, and that all warrants or capiases associated with this case be recalled.

______________________________

PRESIDING JUDGE

10th District Court

Galveston County, Texas

26-CR-0462
DCORDISM
Order of Dismissal - Criminal
3200509

EXHIBIT
11
PENGAD 800-631-6989

CITY 0024